IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01478-OES

JAMES SAINT-VELTRI,

    Plaintiff,

v.

J. VIGIL,
DR. PETER CRUM,
D/S MR. LAFFERTY – Supervisor Law Library, and
HONORABLE JUDGE SHEILA RAPPAPORT,

    Defendants.

---

### ORDER GRANTING 28 U.S.C. § 1915 MOTION

---

    Plaintiff James Saint-Veltri is incarcerated at the Denver County Jail. Mr. Saint-Veltri has filed **pro se** a Prisoner Complaint, a motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915, a motion for appointment of counsel, and a letter to the court in which he asks the court to enter an order granting him additional time in the law library, additional snacks, and a transfer to a different unit. The motion seeking leave to proceed **in forma pauperis** will be granted. The other motions will be denied. Based on the information about his financial status, the court finds that Mr. Saint-Veltri is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

    Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Saint-Veltri may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Saint-Veltri remains obligated to pay the required $250.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that Mr. Saint-Veltri may proceed in this action without payment of an initial partial filing fee. Mr. Saint-Veltri remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $250.00 filing fee is paid in full, Mr. Saint-Veltri shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Saint-Veltri is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Saint-Veltri must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Saint-Veltri fails to have the appropriate

monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

FURTHER ORDERED that the motion for appointment of counsel filed on August 12, 2005, and the requests made in the letter to the court filed on August 12, 2005, are denied.

DATED at Denver, Colorado, this 24 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01478-OES

James Saint-Veltri
Prisoner No. 1413483
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/24/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk