IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01478-WDM-MJW

JAMES SAINT-VELTRI,

    Plaintiff,

v.

J. VIGIL, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

    Plaintiff's complaint was filed on August 4, 2005.  I issued an order of reference to the magistrate on November 7, 2005, and the mailing of that order was sent to plaintiff at his last known address at the Denver County Jail.  The mailing was returned as undeliverable on November 14, 2005, indicating the plaintiff had been released.  Plaintiff has not filed a notice of change of address as required by D.C.COLO.LCivR 10.1M  On December 9, 2005, I issued an order to show cause stating that if no response is filed before December 23, 2005, the complaint shall be dismissed without prejudice.  On December 20, 2005, the mailing was returned, again indicating that the addressee had been released.

Accordingly, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on December 27, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge